**Order entered December 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01091-CR

**BLAKE ANTHONY WOODALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-88546-2015**

## ORDER

We **REINSTATE** this appeal.

On December 8, 2016, we abated this appeal for a hearing on why the reporter's record had not been filed. On December 12, 2016, court reporter Kristen Kopp filed the reporter's record. In the interest of expediting this appeal, we **VACATE** that portion of our order requiring a hearing and findings.

Appellant's brief is due January 9, 2017.


/s/    ADA BROWN
       JUSTICE